In the Matter of the Application to Vacate and Set Aside a Decree Settling the Account of NICKOLAUS WENZLER et al., as Executors of ISIDOR WENZLER, Deceased. GEORGE WENZLER et al., Appellants; NICKOLAUS WENZLER, as Surviving Executor and Trustee under the Will of ISIDOR WENZLER, Deceased, et al., Respondents.—

No opinion. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur. [See 280 App. Div. 895.]

LESTER D. LOCKE et al., Appellants, v. WILLIAM SINGER et al., Respondents.—

This action for damages for malpractice has nothing to do with title to real property and so does not come within the purview of section 183 of the Civil Practice Act. Nor does a lawyer come within the meaning of the term "public officer" as used in subdivision 2 of section 184 of the Civil Practice Act. (*People ex rel. Sherwood* v. *State Bd. of Canvassers,* 129 N. Y. 360, 366; *People ex rel. Kelly* v. *Common Council,* 77 N. Y. 503, 507, 508; *Fisher* v. *City of Mechanicville,* 225 N. Y. 210; *Matter of Dawson* v. *Knox,* 231 App. Div. 490, affd. 267 N. Y. 565.) Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON FELD, Appellant.—

In our opinion these errors may not be disregarded. [See 280 App. Div. 790.]